**LEWIS BRISBOIS BISGAARD & SMITH** LLP
DANIEL C. DECARLO, SB# 160307
  E-Mail: Dan.DeCarlo@lewisbrisbois.com
ROBERT M. COLLINS, SB# 254915
  E-Mail: Robert.Collins@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant KELLY VAN HALEN

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ELVH, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY VAN HALEN, an individual,<br><br>Defendant. | CASE NO. 13-CV7524 MRW-PJW<br>*The Hon. Michael W. Fitzgerald*<br><br>**STIPULATION TO SET ASIDE ENTRY OF DEFAULT**<br><br>Trial Date:   None Set |

It is hereby stipulated by and between Plaintiff ELVH, Inc. ("Plaintiff") and Defendant Kelly Van Halen ("Defendant") by and through their counsel of record, as follows:

WHEREAS, on or about October 10, 2013, Plaintiff filed its Complaint in this action against Defendant.

WHEREAS, on November 15, 2013, Plaintiff made a Request for Entry of Default to the Court against Defendant (ECF 13 and 14).

WHEREAS, on November 18, 2013, the Clerk of the Court entered the Clerks' Entry of Default against Defendant (ECF 17).

WHEREAS, in light of the Clerk's Entry of Default, on December 6, 2013, the Court set an Order to Show Cause Re Default Judgment for January 27, 2014 at

4819-1161-1415.1

STIPULATION TO SET ASIDE ENTRY OF DEFAULT

11:00 a.m. (ECF 19) ("OSC").

WHEREAS, on or about December 9, 2013, Plaintiff brought its Motion for Default Judgment against Defendant (ECF 22).

WHEREAS, on or about December 10, 2013, the Court vacated the OSC (ECF 23) and set Plaintiff's Motion for Default Judgment for hearing on January 27, 2014, at 10:00 a.m. (ECF 24).

WHEREAS, the parties have met and conferred regarding the entry of default and have agreed that it is appropriate to stipulate to set aside the Clerk's Entry of Default, to vacate the January 27, 2014, hearing on Plaintiff's Motion for Default Judgment, and to allow Defendant until January 6, 2014, to file a response to the Complaint.

THEREFORE, the parties agree and stipulate as follows:

1. The Clerk's Entry of Default against Defendant shall be set aside.

2. The January 27, 2014, hearing on Plaintiff's Motion for Default Judgment shall be vacated and taken off calendar.

3. Defendant shall file a response to Plaintiff's Complaint on or before January 6, 2014.

DATED: December 23, 2013

DANIEL C. DECARLO
ROBERT M. COLLINS
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Daniel C. DeCarlo
Attorneys for Defendant KELLY VAN HALEN

DATED: December 23, 2013

JEFFREY R. COHEN
MILLEN WHITE ZELANO & BRANIGAN P.C.

By: _____
Jeffrey R. Cohen
Attorneys for Plaintiff ELVH, INC.