**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANIEL C. DECARLO, SB# 160307
  E-Mail: Dan.DeCarlo@lewisbrisbois.com
ROBERT M. COLLINS, SB# 254915
  E-Mail: Robert.Collins@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
KELLY VAN HALEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ELVH, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY VAN HALEN, an individual,<br><br>Defendant. | CASE NO. 13-CV-7524 MWF-PJW<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP RULE 41(A)(1)(a)(ii)** |

Plaintiff ELVH, Inc. and Defendant, Kelly Van Halen (collectively), pursuant to FRCP Rule 41(A)(1)(a)(ii) stipulate to dismiss this case with prejudice with each party to assume its own attorney's fees and costs.

4843-9160-5537.1   JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

DATED: January 5, 2015    JEFFREY R. COHEN
                          MILLEN WHITE ZELANO & BRANIGAN


By: _____/s/ Jeffrey R. Cohen_____
    Jeffrey R. Cohen
    Attorneys for Plaintiff ELVH, INC.


DATED: January 5, 2015    DANIEL C. DECARLO
                          ROBERT M. COLLINS
                          LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____/s/ Daniel C. DeCarlo_____
    Daniel C. DeCarlo
    Attorneys for Defendant KELLY VAN HALEN